| | |
|---|---|
| FRIEDMAN & SPRINGWATER LLP<br>RUTH STONER MUZZIN (SBN 276394)<br>350 Sansome Street, Suite 800<br>San Francisco, CA 94104<br>Telephone Number: (415) 834-3800<br>Facsimile Number: (415) 834-1044<br>Email: rmuzzin@friedmanspring.com | LAW OFCS. OF SUNITA KAPOOR<br>SUNITA KAPOOR (SBN 154186)<br>4115 Blackhawk Plaza Cir., Suite 100<br>Danville, CA 94506<br>Telephone: (925) 351-6789<br>Facsimile: (925) 309-4569<br>Email: skapoorlaw@gmail.com |
| Attorneys for Defendants<br>INTERCOASTAL WINE COMPANY, LLC,<br>MITCH SPALETTA, RACHELE SPALETTA,<br>AND ERICA BETTENCOURT | Attorney for Plaintiff<br>RUBY GRAPES LLC |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RUBY GRAPES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MITCH SPALETTA, et al.,<br><br>　　　　Defendants. | Case No. 20-CV-05302-DMR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BY ALL PARTIES** |

**TO THE CLERK OF THE COURT:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and all Defendants hereby stipulate to dismissal of this action with prejudice, and they request entry of dismissal at the earliest convenience of the Clerk and the Court.

Dated: November 2, 2020　　　　FRIEDMAN & SPRINGWATER LLP

　　　　　　　　　　　　　　　　By:　*/s/ Ruth Stoner Muzzin*
　　　　　　　　　　　　　　　　　　Ruth Stoner Muzzin
　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　INTERCOASTAL WINE COMPANY, LLC,
　　　　　　　　　　　　　　　　　　MITCH SPALETTA, RACHELE
　　　　　　　　　　　　　　　　　　SPALETTA, AND ERICA BETTENCOURT

Dated: November 2, 2020　　　　LAW OFFICES OF SUNITA KAPOOR

　　　　　　　　　　　　　　　　By:　*/s/ Sunita Kapoor*
　　　　　　　　　　　　　　　　　　Sunita Kapoor
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　RUBY GRAPES, LLC